Commonwealth ex rel. Starner, Appellant, v.
Russell.

Submitted March 21, 1966.
*Donald E. Starner,* appellant, in propria persona; *Richard C. Snelbaker,* District Attorney, for appellee.

Order affirmed.

JACOBS, J., took no part in the consideration or decision of this case.